UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　　Petitioner,<br><br>　vs.<br><br>GENERAL TEAMSTERS LOCAL 439 affiliated with INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA,<br><br>　　　　　　　　　Respondent. | Civil No. 2:09-cv-01232-MCE-KJM<br><br><br>STIPULATION AND ORDER CONTINUING CASE |

It is hereby stipulated and agreed by and between Petitioner, the Regional Director of Region 20 of the National Labor Relations Board, and Respondent, General Teamsters Local 439, affiliated with International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, by their respective attorneys, subject to the approval of the Court, that:

///

///

Stipulation for Shortening Time
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1. Respondent acknowledges service of a copy of the Petition for Injunction Under Section 10(l) of the National Labor Relations Act filed herein, and service of the Proposed Order to Show Cause and other documents in support of said Petition, and hereby enters its general appearance in the above-captioned case.

2. Pending determination by the National Labor Relations Board of the matters raised in the unfair labor practice Complaint in Board Case 20-CC-3472, a copy of which is attached to the Petition for Injunction, in which it is alleged that Respondent has engaged in, and is engaging in, acts and conduct in violation of Section 8(b)(4)(i) and (ii)(B) of the National Labor Relations Act, as amended, herein called the Act, Respondent, its officers, agents, representatives, servants, employees, and all members, persons and labor organizations acting in concert or participation with it, will refrain from:

(a) Inducing or encouraging, by picketing, any individual employed by Foods Co., or any other person engaged in commerce, or in an industry affecting commerce, to engage in a strike or refusal in the course of his or her employment to perform services where an object thereof is to force or require Foods Co., or any other person, to cease doing business with Scully Distribution;

(b) In any manner threatening, coercing or restraining Foods Co., or any other person engaged in commerce, or in an industry affecting commerce, where an object thereof is to force or require Foods Co., or any other person, to cease doing business with Scully Distribution.

3. If Petitioner, or any agent of the Board authorized to act in his place or stead, after investigation of an alleged breach of any of the provisions of paragraph 2 of the Stipulation by Respondent, its officers, agents, representatives, employees, members or other persons or labor organizations acting in concert or participation with Respondent, should conclude that any of the said provisions have been violated, then, and in such event, Petitioner immediately may apply for and be granted, ex parte, in accordance with Local Rule 65-231, a temporary restraining order enjoining and restraining Respondent in the manner set forth in paragraph 2

PDF created with pdfFactory trial version www.pdffactory.com

above, and may cause the petition for preliminary injunction to be ordered on for hearing within five days thereof; provided, however, that Respondent may, on two days notice to Petitioner, appear before the Court and move for the dissolution or modification of such temporary restraining order in accordance with Rule 65(b) of the Federal Rules of Civil Procedure.

4. The making and execution of this Stipulation does not constitute an admission by Respondent that it has engaged in any unfair labor practices, nor a waiver by Respondent of any defenses it may have in this matter.

5. This case shall, in the meanwhile, remain open on the docket of this Court. Upon compliance by Respondent with its obligations undertaken hereunder and upon final disposition of the matter here involved pending before the Board as aforesaid, the Petitioner shall cause this proceeding to be dismissed.

DATED at San Francisco, California, this 5th day of May, 2009.

/s/ Cecily A. Vix  Date: May 5, 2009
Cecily A. Vix
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD

/s/ David Rosenfeld  Date: May 5, 2009
David Rosenfeld
Counsel for Respondent
Teamsters Local 439

IT IS SO ORDERED.

DATED: May 7, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com