# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　　　Petitioner,<br><br>vs.<br><br>GENERAL TEAMSTERS LOCAL 439 affiliated with INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA,<br><br>　　　　　　　　　　Respondent. | No. 2:09-cv-01232-MCE-KJM<br><br>ORDER TERMINATING PROCEEDING |

　　　　This Court having on May 7, 2009 approved a Stipulation and Order Continuing Case in this matter whereby Respondent agreed to refrain from engaging in certain acts and conduct set forth therein, pending the final disposition of the matters involved pending before the National Labor Relations Board; and

Order for Terminating Proceeding
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3   It appearing to the Court that the Respondent entered into a Unilateral Settlement the terms of which have been complied with fully, thereby constituting final disposition of the matter involved in this proceeding; and

4
5
6   The parties hereto having consented to the entry of the within order, as attested below, this proceeding shall be terminated.   The Clerk of Court is directed to close the file.

7   IT IS SO ORDERED.

8   DATED: October 28, 2009

9
10   _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com